JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LOUISE STRANGE, | Case No. CV 10-2073-DOC (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 16, 2011

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1